

# Missouri Court of Appeals
## Southern District

**APRIL 6, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case No.  SD33951

      Re:    STATE OF MISSOURI,
            Respondent,
            vs.
            GARRY L. FILBECK,
            Appellant.